IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
          Plaintiff,           )         8:02CR349
                               )
     v.                        )
                               )
THEODORE RELFORD, III,         )         ORDER
                               )
          Defendant.           )
_____)
```

IT IS ORDERED that the hearing on plaintiff's Rule 35 motion (Filing No. 80) is rescheduled for:

**Friday, February 3, 2006, at 10:30 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska.  Defendant need not be present.

DATED this 27th day of December, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court