IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:02CR349 |
| | ) | |
| v. | ) | |
| | ) | |
| THEODORE RELFORD, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

On February 3, 2006, the defendant appeared through counsel on a motion for reduction of sentence (Filing No. 80), filed by the plaintiff pursuant to Rule 35 of the Federal Rules of Criminal Procedure.  After considering the comments of the parties and after evaluating the assistance provided by the defendant, the Court finds that the government's motion for reduction of sentence should be granted.  Accordingly,

IT IS ORDERED:

1)  The government's motion for reduction of sentence is granted.

2)  Defendant be committed to the custody of the Bureau of Prisons for a term of eighty (80)  months.  Defendant is to be given credit for time previously served under the previous Judgment and Committal Order dated June 13, 2003, which was signed and filed on June 18, 2003 (Filing No. 71).

3)  All other terms and conditions of the Judgment and Committal Order dated

June 13, 2003, remain in full force and effect.

DATED this 3rd day of February, 2006.

BY THE COURT:

/s/ Lyle E. Strom

LYLE E. STROM, Senior Judge
United States District Court

## ACKNOWLEDGMENT OF RECEIPT

I hereby acknowledge receipt of a copy of this judgment this _____ day of _____, 200\_\_.

_____
Signature of Defendant

## RETURN

It is hereby acknowledged that the defendant was delivered on the _____ day of _____, 200\_\_ to _____, with a certified copy of this judgment.

_____
UNITED STATES WARDEN

By: _____

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of receipt, above.**

## CERTIFICATE

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, 200\_\_\_.

_____
UNITED STATES WARDEN

By: _____