```
          IN THE UNITED STATES DISTRICT COURT FOR THE

                       DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,    )
                             )
              Plaintiff,     )          8:02CR349
                             )
         v.                  )
                             )
THEODORE RELFORD, III,       )            ORDER
                             )
              Defendant.     )
_____)
```

This matter is before the Court on the motion to reduce sentence (Filing No. 89), the stipulation of the parties (Filing No. 91), and the withdrawal of motion to reduce sentence (Filing No. 92).  The Court has been advised that defendant has completed service of his federal sentence.  Accordingly,

IT IS ORDERED that all pending matters are denied as moot.

DATED this 31st day of March, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
   LYLE E. STROM, Senior Judge
   United States District Court