FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

09 JUL 30 PM 1:54

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | 8:02CR349 |
| vs. | ) ) ) | ORDER FOR DISMISSAL |
| THEODORE RELFORD, | ) ) ) | |
| Defendant. | ) | |

PURSUANT to Motion of the United States (Filing No. 106), leave of court is granted for the filing of the dismissal of the Petition for Offender Under Supervision.

IT IS HEREBY ORDERED that the Motion to Dismiss the Petition for Offender Under Supervision (Filing No. 106) is granted, said petition is hereby dismissed.

Dated this 30TH day of July, 2009.

BY THE COURT:

LYLE E. STROM
United States District Judge