IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:02CR349 |
| | ) | |
| v. | ) | |
| | ) | |
| THEODORE RELFORD, III, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on plaintiff's motion to dismiss (Filing No. 128).  The Court has reviewed the motion and finds it should be granted.  Accordingly,

IT IS ORDERED that the motion is granted.  The petition for warrant or summons for offender under supervision (Filing No. 120) is dismissed and the United States Marshal's hold on defendant shall be withdrawn.

DATED this 1st day of May, 2012.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court